IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID M. DAVID, | ) | No. C 12-0062 LHK (PR) |
| | ) | |
| Plaintiff, | ) | INSTRUCTIONS TO THE CLERK |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 12, 2012, Plaintiff, proceeding *pro se*, filed a Rule 60(b)(3) motion. In his motion, he requested that the motion be filed in his previously closed case, *David v. Reno*, No. 95-4388 TEH, as a motion to reconsider. It appears this motion to reconsider is erroneously filed in the wrong action. Thus, the Clerk shall file Plaintiff's Rule 60(b)(3) motion (docket no. 5) in *David v. Reno*, No. 95-4388 TEH, and strike it from the underlying case of *David v. Unknown*, No. 12-0062 LHK.

IT IS SO ORDERED.

Dated: 1/23/12

LUCY H. KOH
United States District Judge

Instructions to the Clerk
G:\PRO-SE\SJ.LHK\CR.12\David062instru.wpd