| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,                                  )        No. C 12-0062 LHK (PR)
                                                 )
            Plaintiff,                   )        JUDGMENT
                                                 )
  v.                                             )
                                                 )
UNKNOWN,                                         )
                                                 )
            Defendant.                   )
_____ )

      The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

      IT IS SO ORDERED.

DATED: 2/17/12

_____
LUCY H. KOH
United States District Judge

P:\pro-se\sj.lhk\cr.11\Broussard637jud